UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 10-343 (RMC) |
| PPG PAINTS TRADING (SHANGHAI) CO., LTD. | **FILED** |
| Defendant. | DEC 21 2010 |
| | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant PPG PAINTS TRADING (SHANGHAI) CO., LTD. ("PPG PAINTS TRADING"), and its counsel, Robert N. Driscoll, Esq., in which defendant agreed to plead guilty to an Information charging, in Count One, conspiring to violate the International Economic Powers Act ("IEEPA") and Export Administration Regulations ("EAR"), in violation of 18 U.S.C. § 371, and, in Counts II-IV, three substantive violations of IEEPA, Title 50, United States Code, Section 1705, and the Export Administration Regulations ("EAR"), Title 15, Code of Federal Regulations, Part 764.2.

**WHEREAS**, the Information also alleged the forfeiture of certain property, that is, a money judgment in the amount of $32,319, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses alleged in Count One through Count Three of the Information;

**WHEREAS**, pursuant to Fed. R. Crim. P. 32.2(b)(2), this Court determines, based on the evidence set forth during the defendant's plea hearing, that entry of a money judgment in the

amount of $32,319.00 is appropriate insofar as this amount is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:***

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c):

MONEY JUDGMENT:

a sum of money of $32,319, which represents a sum of money equal to property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the offenses alleged in Counts One through Three of the Information.

2. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

3. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The Clerk of the Court shall forward four (4) certified copies of this Order to Assistant United States Attorney Stephanie L. Brooker, Asset Forfeiture and Money Laundering Section, 555 Fourth Street, N.W., 4th Floor, Washington, D.C. 20530.

Dated this __21__ day of December, 2010.

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

*Ronald C. Machen Jr. /smh*
RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By: _____
G. MICHAEL HARVEY (D.C. Bar No. 447465)
JOHN BORCHERT (D.C. Bar No. 472-824)
Assistant United States Attorneys
National Security Section
555 Fourth Street, NW (11th Floor)
Washington, D.C. 20530
(202) 252-7810
Michael.Harvey2@usdoj.gov

_____
VIKTORAS RIMAS SEKMAKAS
PPG PAINTS TRADING (SHANGHAI)
CO., LTD
Defendant

_____
ROBERT N. DRISCOLL, ESQ.
KENNETH G. WEIGEL, ESQ.
Alston & Bird
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004-1404
Counsel for Defendant